# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**CRANBROOK INSURANCE COMPANY**
**f/k/a Victoria Insurance Company,**

**Plaintiff,**

-vs-                                                    **Case No.  6:09-cv-1032-Orl-31DAB**

**OCEAN PALMS BEACH CLUB, INC., and**
**HELPING HAND PRIVATE**
**FOUNDATION, INC.,**

**Defendants.**

_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed

herein:

| | |
|---|---|
| **MOTION:** | **PLAINTIFF'S MOTION FOR SANCTIONS FOR FAILURE TO COMPLY WITH A DISCOVERY ORDER (Doc. No. 53)** |
| **FILED:** | **March 3, 2010** |

**THEREON** it is **ORDERED** that the motion is **DENIED** without prejudice.

The motion does not contain a sufficient certification pursuant to Local Rule 3.01(g).

Specifically, the motion provides:

> I hereby certify that counsel for the movant has conferred with all parties or non-parties who may be affected by the relief sought in this motion in a good faith effort to resolve the issues but has been unable to do so **or** has made reasonable efforts to confer with all parties or nonparties who may be affected by the relief sought in the motion, but has been unable to do so.
> (emphasis added).

As set forth in the local rule, "a certification to the effect that opposing counsel was unavailable for a conference before filing a motion is insufficient to satisfy the parties' obligation to confer." The catch-all certification used by counsel here does not indicate whether counsel actually conferred and was unable to reach agreement or whether counsel merely *attempted* to confer. In view of the harsh sanctions sought here, the obligation to confer is especially important. The motion is **denied, without prejudice** to renewal, if appropriate, after completion of a good faith conference between counsel.

**DONE** and **ORDERED** in Orlando, Florida on March 4, 2010.

*David A. Baker*

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record